NICHOLAS J. ESCHENBRENNER, Respondent, *v.* GUDE BROS. KIEFFER COMPANY, Appellant.

*Appeal — appeal from order involving question of discretion dismissed.*

*Eschenbrenner* v. *Gude Brothers, Kieffer Co.,* 202 App. Div. 752, appeal dismissed.

(Submitted February 27, 1923; decided March 13, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 2, 1923, which reversed an order of Special Term denying a motion for inspection and discovery and granted said motion.

The following question was certified: " Is the plaintiff entitled to an order permitting him to inspect the account books, vouchers, receipts and checks of the defendant for the year beginning March 1, 1918, and ending February 28, 1919? "

*Leon R. Jillson* for appellant.

*Lester S. Abberley* and *Edward D. Bryde* for respondent.

Appeal dismissed, with costs. Question certified involves question of discretion and, therefore, is not answered; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.